# Louisiana State Penitentiary

**M. J. "Mike" Foster, Jr.**
Governor

**Burl Cain**
Warden

**Richard L. Stalder**
Secretary

June 25, 1998

RECEIVED
JUL 01 1998
FRANK J. POLOZOLA
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

John P. Whitley
Court Expert

RE:   Suicide Prevention and Recognition

Dear Mr. Whitley:

Louisiana State Penitentiary, as with other prisons and jails, has had its problems with suicides. For nearly a decade now, Angola has placed great emphasis on suicide prevention and recognition of signs and symptoms of those most at risk. Since our last successful suicide on May 11, 1998, we further accelerated our efforts toward suicide prevention. Our goal is to prevent suicide, either by pre-intervention, faster response timing, or through observation.

Within the last several months, every correctional officer and lieutenant working in a cellblock housing area was equipped with EMS shears to enable quick cut-down response in the event an inmate is found hanging or in the process of such an attempt. There is also a pair of shears in the First Aid Kit located at the head of the tier.

We have installed punch clocks on the rear tier wall on all tiers at Camp J. Punch clocks will be installed on all tiers at LSP. The purpose of these punch clocks is to ensure tier rounds are made in accordance with policy and to show irrefutable evidence that rounds are being made per policy. Each clock will be tied into emergency power sources for continuous functioning ability.

We also realized that our mental health professionals were spending time away from their assigned camps to return to the R. E. Barrow, Jr. Treatment Center Mental Health Offices to document individual inmate contacts made at the camps. These documented contacts are input into the Mental Health component of the Medical Automation System. The mental health clinicians would sometimes have to wait for a networked computer to become available for their use. To eliminate down time due to traveling and computer availability, each outcamp and the Main Prison were required to provide office space for mental health staff. Computer equipment was ordered for these on-site offices. The Camp J Mental Health Office is operational. All other Mental Health Offices should be completed and operational by July 1, 1998. This will provide for electronic transfer of data to the R. E. Barrow, Jr. Treatment Center for immediate availability. This will allow the mental



John Whitley
June 25, 1998
Page 2 of 4

health clinicians to spend more time providing mental health services to the inmates.

We are all aware of the vital importance of the transfer of information to those who need it. Such information in the prevention of suicide is critical. Every CSO who completes pre-service training and his 40 hour annual A.C.A. training is presented a class on suicide prevention and recognition. All staff is informed that any inmate in a cellblock area is, simply by confinement, a higher risk of suicide than those housed in an open dorm.

Angola has gone a step beyond. Each morning the Medical Information System is programmed to generate a list of every inmate housed at LSP who currently has or who had been given a mental health "T" Code in the last 200 days. (A "T" code is simply an alphabetical designation for any inmate who has been placed on any kind of a suicide watch for any reason in the last 200 days).

Mental Health staff distribute the "T" code list each morning (seven days a week) to each and every outcamp as well as the Main Prison. Wardens in those areas have been instructed to check the list each morning for current "T" codes housed in their area. In addition, they check the list against any inmate transferring into their area from another area. For example, if an inmate is written up at Camp D at 2:00 a.m., and for whatever reason, is placed in administrative lockdown at Camp C, Camp C will check this daily list for his name and number. If he is on the list, Camp C cellblock officers will know immediately he may be potential high risk and should be monitored very closely.

Prior to moving Death Row and CCR to the former CSU (now CCR & Death Row), most of our mental health type inmates were located around the farm in various cellblocks. During the planning stages of the move, it was decided to move the most acute mental health cases into the CCR facility and segregate them on two tiers. This was done to concentrate our efforts from a mental health management standpoint. CCR is physically in very close proximity to the mental health staff in the Treatment Center.

Tier walkers were re-instated on the two tiers at CCR which houses acute mental health patients. Tier walkers were also placed at Camp J, all levels (I, II, & III), and administrative lockdown and isolation tiers (seven tiers). Our plans for the immediate future are to transfer any outcamp inmate (except Camp J) who is to be placed in administrative lockdown or isolation who is on the "T" code list to Camp C/Tiger 1 Right, with 24 hour tier walkers. All inmates in extended lockdown at Camp C with "T" codes are housed on Jaguar/1 Left, with tier walkers from 7:00 p.m. until 7:00 a.m. Camp D will house all its extended lockdown with "T" codes on Hawk 2/Left, with tier walkers from 7:00 p.m. until 7:00 a.m.

RC houses all extended lockdown inmates with "T" codes on upper and lower C-Tier, with 7:00 p.m.

John Whitley
June 25, 1998
Page 3 of 4


until 7:00 a.m. tier walkers. Camp F has only four cells and are used only for very short durations (awaiting transportation) and needs no tier walkers.

For inmates in the Main Prison Cellblocks, the following has been implemented. Those "T" code inmates who were formerly in CSU, transferred to HSU, and have since returned to LSP and still need in-house mental health treatment are housed in CCR (180 man cellblock) on Lower 2/Left and Lower 2/Right, with tier walkers from 5:30 p.m. until 5:30 a.m. When any one of these inmates must be placed in administrative lockdown or isolation, he is moved to Lower 3/Left, with 24 hour tier walkers.

When any other inmate at Main Prison must go to administrative lockdown or isolation who has a "T" code, he is placed on CBD Lower Right with 24 hour tier walkers. Those inmates on extended lockdown backlog at CBE have tier walkers from 5:30 p.m. until 5:30 a.m.

All the inmates who are diagnosed at LSP as needing inpatient mental health treatment are being immediately referred to the inpatient unit at Hunt Correctional Center, since we no longer have such a unit. As a matter of necessity, we are closely monitoring those inmates who were originally sent from CSU II and I to HCC when we closed our inpatient treatment units (in August of 1993 and February of 1997, respectively) if and when they are returned to LSP.

Every employee at LSP during pre-service training and during our required 40 hour annual in-service training, receives a full class on Suicide Prevention and Recognition. We have gone a step further. The Training Academy recently condensed the full class lesson plan down to a document suitable for roll call training. Each Warden now uses this document for a three to seven minute roll call training session. This roll call training will be used at roll call several times a year, in addition to the full classes provided during pre and in-service classes.

Finally, the most recent step taken to address our original goal, even though small by significance, will assist in the overall efforts. Until all locations have a Mental Health Office on site with sufficient computers and capabilities to tie directly into the Medical Information System at the Treatment Center, the mental health director has developed a weekly computer schedule. Each mental health professional now has designated time periods each day when they have access to an on-line computer. Work schedules can now be arranged around available computer time. This will minimize time waiting on an available computer.

Our goal is to lessen an inmate's chance of completing a successful suicide through stressing adherence to policy, continued vigilance, and stepped up awareness of the potential for suicide attempts.

John Whitley
June 25, 1998
Page 4 of 4

If you have any questions, comments, or suggestions, please do not hesitate to contact me.

Sincerely,

Burl Cain
Warden

BC/sm

xc:     File