UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

98 SEP 24 PM 1: 09

SIGN
RICHARD T. MARTIN
```

HAYES WILLIAMS, ET AL

VERSUS

JOHN J. MCKEITHEN, ET AL

CIVIL ACTION

NO. 71-98-B

### ORDER APPROVING SETTLEMENT

**CONSIDERING** the Joint Motion to Dismiss Action and Terminate Consent Decree Supervision Over Louisiana State Penitentiary (the "Joint Motion"), and considering the history of Civil Action No. 71-98-B and the 1983 Consent Decree, the Court finds that it is appropriate to dismiss all claims and orders as related to LSP and all claims in Hayes Williams I (Civil Action No. 71-98-B) except those claims regarding the Juvenile Facilities rather than continue the Consent Decree affecting LSP for the full period authorized in the Prison Litigation Reform Act. The Court finds that it is the responsibility of the executive officers of the State of Louisiana, specifically the Secretary of the DPSC and the Governor, acting through the Executive Counsel, to operate LSP in accordance with the Constitutions and laws of the United States and the State of Louisiana.

**WHEREFORE, IT IS ORDERED** that the settlement of all claims and orders as related to LSP and all claims in Hayes Williams I (Civil Action No. 71-98-B) except those claims regarding the Juvenile Facilities, as reflected in the Joint Motion, is accepted by the Court.

**IT IS FURTHER ORDERED** that all claims and orders as related to LSP and all claims in Hayes Williams I (Civil Action No. 71-98-B) except those claims regarding the Juvenile Facilities, shall be dismissed, with prejudice, on motion of any party at any time on or after February

N:\923\LSP\MEDICAL\SETTLE\Proposed\71_98_RAC_4a.WPD   Page 1 of 3
September 24, 1998 (10:37AM)

DATE & ENTERED

DATE 9/25/98
NOTICE MAILED TO:
DATE 9/25 BY

FJP, DM
SM CB RC
20 - Counsel



DATE: 09/24/98   3:71-cv-00098 10379 - 1   DEPUTY CLERK: HJ

12, 1999 except claims regarding the Juvenile Facilities. The Juvenile Facilities are not included in this settlement and remain on the court's docket for resolution and are subject to all prior orders and judgments rendered by this Court.

**IT IS FURTHER ORDERED** that the consent decree affecting LSP entered by the Court in Civil Action Number 71-98 on December 7, 1983 pertaining to adult facilities and all modifications and amendments to that consent decree as related to LSP are terminated and shall have no prospective effect beyond February 12, 1999 except claims regarding the Juvenile Facilities. The Juvenile Facilities are not included in this settlement and remain on the Court's docket for resolution and are subject to all prior orders and judgments rendered by this Court.

**IT IS FURTHER ORDERED** that, through February 12, 1999, LSP is required to submit to the Court only those reports identified in the Joint Motion, to maintain ACA accreditation, and to inform the Court of any changes in population capacity.

**IT IS FURTHER ORDERED** that any new claims against the Defendants that pertain to LSP shall be initiated as new civil actions in state or federal courts of proper jurisdiction and venue.

**IT IS FURTHER ORDERED** that the Department of Public Safety & Corrections give notice of the Joint Motion and the proposed dismissal all claims and orders as related to LSP and all claims in Hayes Williams I (Civil Action No. 71-98-B) except those claims regarding the Juvenile Facilities to members of the plaintiff class by posting copies of the following notice in places that are conspicuous to members of the class at LSP within ten days of the entry of this order:

Notice to Members of Class in
Hayes Williams, Et Al v. McKeithen, Et Al

Pursuant to order of Honorable Frank J. Polozola, United States District Court for the Middle District of Louisiana, notice is given under the Federal Rules of Civil Procedure that, in the matter entitled Hayes Williams, et al v. John J. McKeithen, et al, Civil Action No. 71-98-B said actions initiated under 42 U.S.C.A. §1981 and §1983 and the Eighth and Fourteenth Amendments to the United States Constitution, the parties have filed a *Joint Motion to Dismiss Action and Terminate Consent Decree Supervision Over Louisiana State Penitentiary*, and the parties have agreed to entry of an order dismissing all claims against defendants, effective February 12, 1999.

Copies of the Joint Motion are available for review in the law libraries of LSP and otherwise will be made reasonably available to the inmate population. Any objection to the proposed settlement shall be submitted in writing to John Whitley at 660 Laurel Street, Suite A, Baton Rouge, Louisiana, 70802 on or before November 30, 1998.

**IT IS FURTHER ORDERED** that a hearing is noticed for Feb. 2, 1999 to address comments from members of the Plaintiff Class, but no hearing shall actually be held unless the Court deems such a hearing to be necessary in order to address the issues raised in the comments.

Baton Rouge, Louisiana, this 24 day of September, 1998.

_____
**Judge, United States District Court**
**Middle District of Louisiana**