Case 3:71-cv-00098-FJP   Document 10630   01/25/99   Page 1 of 1

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED
RICHARD T. MARTIN
CLERK

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**

M. J. "MIKE" FOSTER, JR., GOVERNOR



RICHARD L. STALDER, SECRETARY

```
RECEIVED
JAN 19 1999
CHIEF JUDGE
FRANK J. POLOZOLA
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA
```

January 15, 1999

71-98

The Honorable Frank J. Polozola
Judge, United States District Court
Middle District of Louisiana
777 Florida Street, Suite 313
Baton Rouge, Louisiana 70801

RE:   Monthly Consent Decree Reports

Dear Judge Polozola:

Pursuant to Paragraph 3.4 of the Petition for Order Approving the Settlement for Purpose of Terminating Consent Decree (the "Petition"), please find enclosed monthly reports for the Department of Public Safety and Corrections' juvenile facilities and the Louisiana State Penitentiary.

If you have questions or need additional information, please advise.

Sincerely,

William L. Kline
Deputy General Counsel

/WLK

enclosures

cc:   Mr. Stalder
      Mr. Curry
      Mr. Whitley
      Mr. Nordyke

c:\wp51\wlk\monthly.cd     P. O. Box 94304  •  Capitol Station  •  B
                                                          (504) 342-
                                           AN EQUAL OPPORTUN

3:71-cv-00098 10630 - 1
DATE: 01/25/99                DEPUTY CLERK: hj