# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

# DOCUMENT COVER SHEET

PLACE BAR CODE BELOW



# UNUSUAL OCCURRENCE REPORT

| NAME | CHADDLEY JOHNSON | NUMBER | 343807 | DORM | SHARK 1 LEFT | DATE OF INCIDENT | 1/19/99 | TIME | 9:05 |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION OF INCIDENT | | SHARK 1 LEFT | | | WITNESSES | SGT. D. JOHNSON LT. WELCH LT. C. CLOWER CAPT. B. ORR | | | |

## TYPE OF INCIDENT – CHECK APPROPRIATE BOX(ES)

| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
|---|---|---|---|---|---|---|---|---|---|
| | ACC. SEX OFFENSE | | SEX OFFENSE | | SHIRT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | ACC. FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | X | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECT |
| | CONTRABAND | X | OTHER Attempted Hanging | | | | | | |

☐ CHEMICAL AGENTS USED      ☐ MECHANICAL RESTRAINTS USED

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND TIME I LT. KEVIN GROOM RESPONDED TO SHARK 1 &2 BEEPER. UPON MY ARRIVAL

WAS INFORMED BY SGT. DAVID JOHNSON THAT INMATE CHADDLEY JOHNSON HAD ATTEMPTED TO HANG HIMSEL

I LT. K. GROOM FOUND INMATE C. JOHNSON ALERT AND TALKING INSIDE HIS CELL. SGT. JOHNSON ALSO S

INMATE JOHNSON WAS SQUATTING DOWN AND SUPPORTING HIS WEIGHT DURING THIS ATTEMPT. HE ALSO STA

THAT THE SHEET WAS NOT TIED TIGHT AROUND HIS NECK AFTER HE CUT IT AWAY FROM INMATE JOHNSON N

MED-4 WAS NOTIFIED AND CAME OVER AND AFTER TRAIGING THE ABOVE TRANSPORTED HIM BY AMBULANCE T

THE TREATMENT CENTER. UPON INMATE JOHNSON ARRIVAL BACK TO CAMP-J HE WAS PLACED ON FOUR POIN

EXTREME WATCH WITH BODY SHEET ON GAR 1 RIGHT TIER. LT. COL. CARL REGAL AND INVESTIGATOR CAP

JONES ALSO ARRIVED ON SHARK 1 &2 UNIT.

REPORTING OFFICER

DATE COMPLE 19 Jan 99
TIME 10:50

Rev. 10/98

# UNUSUAL OCCURRENCE REPORT

| NAME | CHADDLEY JOHNSON | NUMBER | 343807 | DORM | SHARK 1 LEFT | DATE OF INCIDENT | 1/19/99 | TIME | 9.05P |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION OF INCIDENT | | SHARK 1 LEFT | | WITNESSES | | LT. C. CLOWER LT. K. GROOM LT. WELCH SGT. D. JOHNSON | | | |

## TYPE OF INCIDENT – CHECK APPROPRIATE BOX(ES)

| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
|---|---|---|---|---|---|---|---|---|---|
| | ACC. SEX OFFENSE | | SEX OFFENSE | | SHEET SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | ACC. FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | X | MENTAL HEALTH | | WEEKLY INSPECTIO |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECT |
| | CONTRABAND | X | OTHER ATTEMPTED HANGING | | | | | | |

☐ CHEMICAL AGENTS USED ☐ MECHANICAL RESTRAINTS USED

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

ON THE ABOVE DATE AND TIME UPON RESPONDING TO SHARK 1&2 BEEPER I CAPT. BILLY ORR WAS INFORMED

SGT. DAVID JOHNSON THAT INMATE CHADDLEY JOHNSON 343807 HAD ATTEMPTED TO HANG HIMSELF. SGT. J

STATED THAT INMATE JOHNSON HAD A SHEET TIED AROUND HIS NECK AND THE OTHER END TIED TO HIS CE

BARS AND WAS SQUATTING DOWN AND THAT HIS HANDS WERE BEHIND HIS BACK ON THE CELL BARS SUPPORT

HIS WEIGHT. SGT. JOHNSON STATED THAT HE THEN CUT THE SHEET AWAY FROM INMATE JOHNSON NECK WHI

NOT TIED TIGHT. WHEN I ARRIVED TO INMATE JOHNSON CELL HE WAS BREATHING NORMAL AND TALKING. M

WAS NOTIFIED AND ARRIVED AND TRIAGED INMATE JOHNSON AND TRANSPORTED HIM BY AMBULANCE TO THE

TREATMENT CENTER. LT. COL. C. REGAL AND INVESTIGATOR CAPT. JONES ALSO ARRIVED ON SHARK 1&2

MAJOR BORDELON WAS ALSO NOTIFIED. INMATE JOHNSON WAS LATER RETURNED BACK TO CAMP-J WHERE HE

PLACED ON FOUR POINT EXTREME WATCH WITH BODY SHEET ON CAR 1 RIGHT TIER.

REPORTING OFFICER: Billy Orr Capt

DATE COMPL: 1-20-99
TIME: 10 AM

Rev. 10/78

| NAME | CHADDLEY JOHNSON | NUMBER | 343807 | DORM | SHARK 1 LEFT | DATE OF INCIDENT | 1/19/99 | TIME | 9:05 |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION OF INCIDENT | | SHARK 1 LEFT | | WITNESSES | | | | | |

### TYPE OF INCIDENT -- CHECK APPROPRIATE BOX(ES)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| ACC. SEX OFFENSE | | SEX OFFENSE | | SHIRT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| ACC. FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | X | MENTAL HEALTH | | WEEKLY INSPECT |
| ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPE. |
| CONTRABAND | X | OTHER | | | | | | |

☐ CHEMICAL AGENTS USED     ☐ MECHANICAL RESTRAINTS USED

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

ON THE ABOVE DATE AND TIME I LT. CHARLES CLOWER RESPONDED TO SHARK 1 & 2 BEEPER. UPON MY AR-

I LT. CLOWERS WAS INFORMED BY SGT. DAVID JOHNSON THAT INMATE CHADDLEY JOHNSON HAD ATTEMPTED

HANG HIMSELF. SGT. JOHNSON STATED THAT INMATE JOHNSON HAD A SHEET TIED AROUND HIS NECK AND TH

OTHER END TIED TO HIS CELL BARS AND WAS SQUATTING DOWN WITH HIS HANDS BEHIND HIS BACK SUPPO

HIS WEIGHT. SGT. JOHNSON STATED THAT HE THEN CUT THE SHEET AWAY FROM INMATE JOHNSON NECK W:

WAS NOT TIED TIGHT. WHEN I ARRIVED IN FRONT OF INMATE JOHNSON CELL HE WAS ALERT AND TALKIN(

MED-4 WAS NOTIFIED AND ARRIVED AND TRIAGED THE ABOVE AND THEN TRANSPORTED HIM BY AMBULANCE

TREATMENT CENTER. UPON INMATE JOHNSON RETURN HE WAS PLACED ON FOUR POINT EXTREME WATCH WI:

SHEET ON GAR 1 RIGHT. LT. COL. REGAL AND INVESTIGATOR CAPT. JONES ALSO ARRIVED ON SHARK 1&2

_[signature]_
REPORTING OFFICER

DATE COMP: 1-19-;
TIME: 11 39p

Rev. 10/78

# UNUSUAL OCCURRENCE REPORT

| NAME | CHADDLEY JOHNSON | | NUMBER | 343807 | DORM | SHARK 1 LEFT | DATE OF INCIDENT | 1/19/99 | | TIME | 9:03 P.M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOCATION OF INCIDENT | | SHARK 1 LEFT | | | WITNESSES | | SGT. DAVID JOHNSON | | | | |

### TYPE OF INCIDENT – CHECK APPROPRIATE BOX(ES)

| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
|---|---|---|---|---|---|---|---|---|---|
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIFT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | X | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECTION |
| X | CONTRABAND | | OTHER ATTEMPTED HANGING | | | | | | |

☐ CHEMICAL AGENTS USED     ☐ MECHANICAL RESTRAINTS USED

**DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)**

ON THE ABOVE DATE AND TIME I SGT. POWNALL WAS INFORMED BY TIER WALKER FRANK CROCHET #367701 THAT AND INMATE WAS ATTEMPTING TO HANG HIMSELF. I LET SGT. DAVID JOHNSON DOWN THE TIER AFTER ACTIVATING MY BEEPER. CAPT. B. ORR, LT. WELCH, LT. K. GROOM, AND LT. C. CLOWER ALL CAME ON THE UNIT AND TOOK CONTROL OF THE SITUATION.

_Maurice Pownall_
REPORTING OFFICER

20JAN99
DATE COMPLETED

2:16
TIME

Rev. 10/98

# UNUSUAL OCCURRENCE REPORT

| NAME | CHADDLY JOHNSON | NUMBER | 343807 | DORM | SHARK 1 LEFT | DATE OF INCIDENT | 1/19/99 | TIME | 9:05P. |
|---|---|---|---|---|---|---|---|---|---|
| LOCATION OF INCIDENT | | SHARK 1 LEFT | | WITNESSES | | LT. C. CLOWER LT. K. GROOM SGT. M. POWNALL CAPT. B. ORR | | | |

## TYPE OF INCIDENT - CHECK APPROPRIATE BOX(ES)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ASSAULT ON STAFF | | MAJOR DISTURBANCE | | ROOF SHAKEDOWN | | PROTECTION REQUESTED | | MAINTENANCE |
| | AGG. SEX OFFENSE | | SEX OFFENSE | | SHIRT SHAKEDOWN | | VIOLENT DEATH | | REPAIR REQUEST |
| | AGG. FIGHT | | USE OF FORCE | | FRONT GATE SHAKEDOWN | | DEATH DUE TO ILLNESS | | FENCE CHECK |
| | FIGHT | | MINOR DISTURBANCE | | MATTRESS SHAKEDOWN | X | MENTAL HEALTH | | WEEKLY INSPECTION |
| | ESCAPE | | SEARCH OF INMATE | | GROUNDS SHAKEDOWN | X | MEDICAL | | MONTHLY INSPECTIO |
| | CONTRABAND | X | OTHER  ATTEMPTED HANGING | | | | | | |

☐ CHEMICAL AGENTS USED    ☐ MECHANICAL RESTRAINTS USED

### DESCRIPTION OF INCIDENT (ATTACH ADDITIONAL INFORMATION IF NEEDED)

AT APPROXIMATELY 9:05 P.M. I SGT. DAVID JOHNSON WAS ALERTED BY TIER WALKER FRANK CROCHET#36/ THAT AN INMATE WAS ATTEMPTING TO HANG HIMSELF. UPON MY ARRIVAL ON THE TIER I SGT. JOHNSON SAW INMATE CHADDLY JOHNSON SQUATTING DOWN IN HIS CELL WITH A SHEET TIED AROUND HIS NECK AND THE OTHER END TIED TO HIS CELL BARS. ALSO I SAW THAT HIS HANDS WERE BEHIND HIS BACK ON THE CELL BARS SUPPORTIN HIS WEIGHT. THE BEEPER WAS ACTIVATED AND I CUT THE SHEET AWAY FROM HIS THE SHEET AROUND HIS NECK WAS NOT TIED TIGHT. INMATE JOHNSON WAS ALERT AND BREATHING DURING WHOLE INCIDENT. CAPT. B.ORR, LT. K. GROOM, LT. WELCH AND LT. C.CLOWER ALL RESPONDED AND TOO CONTROL OF THE SITUATION. MED. 4 WAS CALLED AND AFTER TRIAGING THE ABOVE TRANSPORTED HIM B AMBULANCE TO THE TREATMENT CENTER. LT. COL. REGAL AND THE INVESTIGATOR ALSO ARRIVED ON THE PROIR TO THIS INCIDENT C.S.-6 HAD ALREADY SEEN INMATE JOHNSON FOR A MENTAL HEALTH EMERGENC CHADDLEY JOHNSON WAS ALSO WROTE UP ON RULE 19 BY ME SGT. DAVID JOHNSON.

_Sgt David Johnson_
REPORTING OFFICER

DATE COMP: 1-20-9
TIME: 2:14 Pr

Rev:10/98

TOTAL P.07