

**M. J. "MIKE" FOSTER, JR.**
GOVERNOR

**State of Louisiana**
OFFICE OF THE GOVERNOR
Baton Rouge
70804-9004

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

99 FEB -8 AM 10: 20

SIGN_____
RICHARD T. MARTIN
CLERK

POST OFFICE BOX 94004
(504) 342-7015

January 14, 1999

The Honorable Frank J. Polozola, Judge
Middle District of Louisiana
707 Florida Street
Baton Rouge, Louisiana   70801

Re:   Louisiana State Penitentiary - Medical Care

Dear Judge Polozola:

Last September I met you with in chambers to discuss the circumstances surrounding the dismissal of Louisiana State Penitentiary from further consent decree supervision. At that time, I reaffirmed the state's commitment to the continued improvement of medical care and other services at Louisiana State Penitentiary. The current budget crisis will not affect the state's ability to honor the commitment that I made to you in September. In particular, there are no plans to eliminate or curtail medical or mental health programs at Louisiana State Penitentiary or other correctional facilities. The state will continue funding Louisiana State University Medical School contracts to provide medical and related services to Louisiana State Penitentairy.

If you have any concerns regarding our commitment to conditions at state correctional facilities, please feel free to contact me directly.

Respectfully,

M. J. "Mike" Foster, Jr.

tpr



DATE: 02/05/99                          DEPUTY CLERK: hj