A. EDWARD HARDIN
A PROFESSIONAL LAW CORPORATION
P. O. BOX 4309
715 ST. FERDINAND STREET
BATON ROUGE, LOUISIANA 70821-4309

A. EDWARD HARDIN

February 1, 1999

504-383-8225

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

99 FEB -8 AM 11: 44

SIGN_____
RICHARD T. MARTIN
CLERK

RECEIVED
FEB 1 - 1999
CHIEF JUDGE
FRANK J. POLOZOLA
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

Hon. Frank. J. Polozola
Chief Judge
United States District Court
777 Florida Blvd. Suite 313
Baton Rouge, LA 70801-1712

Re: Williams v. McKeithen
No.71-98-B-M1

Dear Judge Polozola:

Enclosed please find the report of the experts regarding mental health at the Louisiana State Penitentiary. This report represents the combined efforts of the four of us but any editorial shortcoming is this writer's. In compiling the report and conclusions it became clear that some information had not yet reached us but rather than delaying this report, we determined to forward these findings and conclusions to you.

Specifically we have not received the following documents:

Inmate J.W.:
1. Autopsy report
2. Internal investigative report of the death of J.W. from L.S.P.
3. Sheriff's report on the death of J.W. from West Feliciana Parish
4. Federal Bureau of Investigation report on the death of J.W.

Inmate J.B. (Hunt Correctional Center)
1. Autopsy of J.B. through the Coroner's Office Iberville Parish
2. Investigative Services Report on death of J.B.
3. Disciplinary reports on mentally ill inmates at Hunt Correctional Center

It is the view of the team that these materials may alter some of the conclusions reached in the original report but that in most instances they will validate those conclusions. You will note that some materials were not received until Friday, January 29, 1999. Because they were of such importance in showing institutional knowledge of problems in the mental health setting, they are included in their entirety.

Additionally, the addendum includes materials reflecting mental health staffing patterns in the states of New York and Texas which was only recently received.

If it meets with the Court's approval, the team will do a follow up on the original report integrating the above described information above. It is our understanding from persons holding that information that it is either en route to us at this time or that its transfer is awaiting official action for its release. If it is not forthcoming, I will submit an order for your consideration authorizing its release.

3:71-cv-00098 10649 - 1
DATE: 02/05/99                      DEPUTY CLERK: hj

Thank you for the opportunity you have given us to carry out this project. I hope that our efforts will assist the Court in its task of assuring constitutionally sound care and treatment for the inmates in our prison system.

With kind regards, I am

                    Sincerely yours,

                    A. Edward Hardin

cc:    John Whitley
       Dr. George Bishop, M.D.
       Dr. Robert Davis, Ph.D.
       Ms. Jane Smith, B.C.S.W.