U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED FEB 22 1999

RICHARD T. MARTIN
CLERK

CA 71-98-B

**JOHN P WHITLEY**
660 Laurel Street -- Suite A
Baton Rouge, LA   70802-5631
Telephone 504 342-9880
Fax 504 342-9882

January 29, 1999

Honorable Frank J. Polozola
United States District Judge
Middle District of Louisiana
Russell Long Federal Building
Baton Rouge, LA   70801

RE: Opposition to Termination of Consent Decree

Dear Judge Polozola:

The following is a list of those persons who oppose and/or object to the joint motion to dismiss action and terminate the consent decree supervision over Louisiana State Penitentiary. I have attached the documentation from the below listed inmates:

| | | |
|---|---|---|
| 1. | Troy Firstley | 114230 |
| 2. | Larry Wilson | 106215 |
| 3. | Sterling Winfield | 83761 |
| 4. | Clarence Charles | 98020 |
| 5. | Erick Taylor | 339149 |
| 6. | Edward Walsca | 111129 |
| 7. | John Lacy | 79209 |
| 8. | Willie Martin | 93409 |
| 9. | Abdul Thomas | 118017 |
| 10. | Roderick Smith | 130129 |
| 11. | Walter Stewart | 92553 |
| 12. | Arthur Lewis | 131412 |
| 13. | Curtis Swaze | 123517 |
| 14. | John Poullard | 98999 |
| 15. | Wade P. Jackson | 113076 |
| 16. | J. Langllow | 351689 |
| 17. | Ellis Reed | 105512 |
| 18. | Denise Johnson | 102358 |
| 19. | Andre Smith | 170231 |
| 20. | Chester Lee | 87964 |
| 21. | Jason Kidwell | 131490 |
| 22. | Michael Clennon | 323402 |
| 23. | Derek Moffett | 330002 |

f. & ENT....

TE 2-22-99
JTICE MAILED TO.
E2-27 BY HJ

DATE: 02/22/99
3:71-cv-00098  10666 - 1
DEPUTY CLERK: hj

| | | |
|---|---|---|
| 24. | Wilbert | 79891 |
| 25. | Kelly Davis | 309807 |
| 26. | Wilbert Temons | 131537 |
| 27. | Earl Johnson | 294324 |
| 28. | Terry Prudhomme | 96655 |
| 29. | Phil Horn | 307220 |
| 30. | Dwayne B. Johnson | 128435 |
| 31. | Marlon Patin | 104807 |
| 32. | Walter D. | 115606 |
| 33. | Ned Spacial | 300641 |
| 34. | Larry Bannister | 108132 |
| 35. | Mark Colemen | 109314 |
| 36. | Robert Travis | 79733 |
| 37. | McKinnon Baker | 96376 |
| 38. | Patrick Costen | 345818 |
| 39. | Norris Moten | 120721 |
| 40. | Troy Young | 346152 |
| 41. | Leo Stewart | 109130 |
| 42. | Miguel Velez | 117060 |
| 43. | Vidale Gasby | 330329 |
| 44. | Michael Strickland | 301671 |
| 45. | Henry Hickson | 369635 |
| 46. | Kevin Carter | 303424 |
| 47. | David Fleeks | 118810 |
| 48. | David Falgout | 97997 |
| 49. | Vernon Francis | 326370 |
| 50. | Darren Haywood | 98659 |
| 51. | Dion Mitchell | 102699 |
| 52. | Steven Huntsberry | 97571 |
| 53. | Anthony Black | 319899 |
| 54. | Jessie Offord | 110951 |
| 55. | James Houston | 318984 |
| 56. | Stephen Johnson | 110475 |
| 57. | Glen Barton | 107002 |
| 58. | William White | 324820 |
| 59. | John Wieland | 112127 |
| 60. | Leonard Farve | 132101 |
| 61. | M. McKey | 111295 |
| 62. | Terry Williams | 253043 |
| 63. | Wilbert Bradey | 118934 |
| 64. | Tyrone Walker | 129638 |
| 65. | Leonce Anderson | 317336 |
| 66. | Percy Hawthorne | 348602 |
| 67. | William Scott | 102104 |
| 68. | Nolan Grant | 116518 |

| #   | Name              | Number | Location |
|-----|-------------------|--------|----------|
| 69. | Andre Davenport   | 114982 |          |
| 70. | Calvin Willis     | 98962  |          |
| 71. | Gregory Johnson   | 108327 |          |
| 72. | Leonard Johnson   | 82109  |          |
| 73. | Henry Washington  | 123799 |          |
| 74. | David Lapell      | 258277 |          |
| 75. | Clarence Lyones   | 319433 |          |
| 76. | Jerry Yates       | 232818 |          |
| 77. | Raymond Williams  | 360753 |          |
| 78. | Joseph Wonnie     | 88080  |          |
| 79. | Roger Desselle    | 107206 |          |
| 80. | Randy Lang        | 128189 |          |
| 81. | A. Jackson        | 114706 |          |
| 82. | Jerome Kennon     | 131818 |          |
| 83. | Emanuel Brouler   | 211721 |          |
| 84. | Telly Guillory    | 320441 |          |
| 85. | Michael Juengain  | 83086  |          |
| 86. | Andrew McGraw     | 295773 |          |
| 87. | Eddie Love        | 12779  |          |
| 88. | Harry Morgan      | 321081 |          |
| 89. | J. Smith          | 349847 |          |
| 90. | Johnny Southell   | 96975  |          |
| 91. | Stanley Haggery   | 334876 |          |
| 92. | Robert Hollis     | 123736 |          |
| 93. | Larry Preston     | 95760  |          |
| 94. | Kenneth Duplessis | 359918 |          |
| 95. | Raymond Smith     |        |          |
| 96. | Ernie Jackson     | 103252 |          |
| 97. | Kevin Celestine   | 349149 |          |
| 98. | Brian Brown       | 119264 |          |
| 99. | Travis Carter     | 97219  | Camp D   |
| 100.| Roger Yates       | 87050  | Camp D   |
| 101.| George McGuffey   | 87708  | Camp D   |
| 102.| Robert Isadore    | 99808  |          |
| 103.| Leavorda Smalley  |        |          |
| 104.| Jackie Sampson    | 100358 | Camp J   |
| 105.| Henry Joyce       | 334349 |          |
| 106.| Charles Reuben    | 98617  |          |
| 107.| Keith Sertans     | 330339 |          |
| 108.| Charles Marshall  | 98766  |          |
| 109.| Michael Plumb     | 240986 |          |
| 110.| Thomas Loudins    | 97542  |          |
| 111.| Roscoe Jones      | 105190 |          |
| 112.| Keith Brazley     | 91258  |          |
| 113.| John Poullard     | 98999  | Camp J   |

| | | | |
|---|---|---|---|
| 114. | Ronald Starwood | 97951 | Camp J |
| 115. | David Foy | 75309 | Camp D |
| 116. | Juan Guillen | 321689 | |
| 117. | Darrell Johnson | 114419 | Camp J |
| 118. | Mark Burge | 88261 | Main Prison |
| 119. | William Richardson | 113025 | Main Prison |

Respectfully:

John P. Whitley
Court Expert

cc: Rick Curry
    Keith Nordyke