# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## DOCUMENT COVER SHEET

PLACE BAR CODE BELOW



3:71-cv-00098 10669 - 1

DATE: 02/22/99   DEPUTY CLERK: hj

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED FEB 22 1999
RICHARD T. MARTIN
CLERK

United States of America

\* \* \* \*

Concerned prisoner/plaintiff, individually, And In Behalf Of Others Similarly Situated, Of The Louisiana State Penitentiary, A Division Of The Louisiana Department Of Public Safety And Corrections.

State of Louisiana | Objection To Proposed
Parish of West Feliciana | Settlement

Re: Hayes Williams, Et AL
Versus
John J. McKeithen, Et AL
Civil Action No. 71-98-B
United States District Court
Middle District of Louisiana

\* \* \* \* \*

TO: John Whitley
660 Laurel Street, Suite A
Baton Rouge, Louisiana 70802

\* \* \* \* \*

Dated: November 17, 1998

Robert Isadore #99808
R.C. - Upper-A-12
Louisiana State Prison
Angola, LA 70712

1

Dear Mr. Whitley:

Addressed below, herein, specific reasons and/or issues for objecting to not only the proposed settlement being sought in the above referenced case (Hayes Williams 1, and Hayes Williams II), but any such present or future efforts that defendants be relieved from any binding effects guaranteed prisoners at Louisiana State Penitentiary, under United States Constitutional and Human rights provisions.

First, it is a conflict of interest for you (John P. Whitley, former Warden of Louisiana State Prison, and is in part, responsible for many of the unconstitutional conditions and treatment of prisoners at LSP, the subject of Hayes Williams 1, and Hayes Williams II), to investigate your own prior unconstitutional action, of present Warden Burl Cain, or of any future LSP Wardens. In addition, the following issues and reasons are presented as they are relevant hereto:

Second, the defendants efforts or reason for the proposed settlement in these matters are not being fairly or truthfully presented to the plaintiffs, the plaintiffs Attorneys, the Court, or the Louisiana Citizenry.

Suppressed from all concerned parties, the Court, and Society, is the fact that

the defendants have taken secret membership with or under: "The Bilderberg Group" (the most powerful secret organization in the world - organized in 1952 - its Founder and Planner, Prince Bernhard - is a mixed collection of some of the world's most powerful Financiers, industrialist, statesmen, and intellectuals of various races and countries - together with the Illuminati, have declared themselves the real rulers of the world - in 1969, the United States Government, of Naval Intelligence branch, was in possession of Bilderberg Group Top Secret documents which admits its Formal Declaration of War upon the Citizens of the United States of America as part of an international conspiracy for a "New World Order - One World Totalitarian Government" - its office, Switzerland" - together with the Illuminati Secret Organization, the Bilderberg Group have infiltrated the United States Legislative, Executive, and Judiciary Branches of Government, as well as other world countries governments and have been responsible for the systematic plundering and murdering of any persons who are not of the elite. (Bilderberg Group, Illuminati, Council On Foreign Relations, Trilateral Commission or Special Interests Persons or Businesses).

3

"Illuminati" was founded in Germany in 1776, by Adam Weishaupt, a professor of Canon law at Ingolstadt University in Germany, who was also a Jesuit Priest - He was financed by the House of Rothschild (the same Mayer Amschel Rothschild who discovered and introduced to the United States Government "Silent Weapons For Quiet Wars" upon the nations people) - Weishaupt also published his book "Wealth Of Nations" that provided the ideological foundation for Capitalism and for the Industrial Revolution, For the U.S. present government -; Consist of prominent men and women who meets in secret, to direct the course of civilization; Elders or Priests who guard the secret knowledge of ancient peoples - Devoted to guarding the "Secrets of the Ages" and to the recognition of Lucifer as the one and only true God - Believes that they are the elect because of their acquired knowledge of the Mysteries which have illumined them, and are thus known as The Illuminati or the Illuminated Ones, or the guardians of the Secrets of the Ages — the Illuminati can be traced to the "Roshaniya" in Afghanistan of ancient times — their major tenets are "the abolition of private property; the elimination of religion; the elimination of nation states; the belief that illumination

4

emanated from the Supreme Being who desired a class of perfect men and women to carry out the organization and direction of the world; belief in a plan to reshape the social system of the world first by taking control of individual countries one by one; that after reaching the Fourth degree one could communicate directly with the unknown supervisors who had imparted knowledge to initiates throughout the ages; — Willing to become members of the Christian or Jewish religions, only to further their own ends, they are and always will be Luciferian and internationalist; they give allegiance to no particular nation, although they have used, on ocassion, nationalism to further their causes, because their only concern is to gain greater economic and political power; — Together with the Bilderberg Group, they plan to win for themselves undisputed control of the wealth, natural resources, and manpower of the entire planet, and to turn the world into their conception of a Luciferian totalitarian socialist state; — All initiates must take the oath that absolves them of all allegiance except to the Illuminati (or the Order); the Pope, John Paul II, with the assistance of one of the most notorious Freemason lodge in Italy, the P2, infiltrated the Vatic

5

to score a coup to lift the ban against Freemasonry and to bring many high-level members of the Vatican to membership the Illuminati and Freemasons; the Illuminati has unified all adult secret societies that practice degrees of initiation under Illuminati and Bilderberg Group, not for democracy or communism, but to form a Fascism, under the doctrine of totalitarian socialism; — Illuminati has sought to form an alliance of all the powers on earth, open and hidden, who would agree that individual peoples freedoms could no longer be tolerated in the interest of the preservation of the human race, that the common man or woman could no be trusted The Council on Foreign Relations and the Trilateral Commission," are the work of the Illuminati; — The Order of the Quest and Jason Society members makes up the executive members of the Council on Foreign Relations and Trilateral Commission, and who are the real elect in this country (the United States). In fact, former President George Bush is a member of the Order, and his father was also a member who helped finance Hitler. The Trilateral Commission is a elite group of some 300 very prominent business, political, and intellectual decision-makers of Western,

6

Europe, North America, and Japan — its grand design, which it no longer hides, is a New World Order. The Council On Foreign Relations controls the United States Government — through the years its members have infiltrated the entire executive branch, and in parts the Legislative and Judiciary, the State Department, Justice Department, CIA, and top ranks of the military, every Director of the Central Intelligence Agency, Most Presidents since Roosevelt have been members. Members of the CFR dominate ownership of the Press and most, if not all, of America's top journalists are members. The Council On Foreign Relations and Trilateral Commission goal under the dictates of Bilderberg Group and Illuminati, are to advance the One-World totalitarian socialist government and economic system."

 Under the above considerations, opportunity should be presented by a Court of the United States or Louisiana Legislative Committee, for substantuating and addressing the factual issues herein related, and potential overall effects an adverse judgment of the court, and any opportunity for defendants to join together in secret membership, in conspiracy within the United States;

and State of Louisiana, Legislative, Executive, and Judiciary branches of Government, to:

(A) Provide Louisiana Citizens and Prisoners, illegal, conflicting, and arbitrary laws, Court decisions, or explainations regarding State and Federal Civil or Criminal Constitutional or Human Rights violations committed against Louisiana Citizens or Prisoners, by either of the three above indicated branches of Louisiana State Government;

(B) Allow for the Brotherhood of Attorney that are of secret organizational membership of The Bilderberg Group and Illuminati Secret Organizations, who are positioned within the United States Congress, to design and advance implementation of laws, policy, regulations, and conditions through legislative action, directed at obstructing or suspending the U.S. and Louisiana Constitutions, citizens and prisoners access to the Writ of Habeas Corpus and Post Conviction Relief, or a Forum by which citizens or prisoners could test the impact of unconstitutionally claimed errors committed by either of the three above indicated branches of Louisiana State Government, and to allow law-maker

8

and interpreters of the State and Federal Constitutions to go beyond or contrary to morally accepted or established Constitutional or statutory laws and case precedents, to undermin- human or constitutional rights of citizens and prisoners, in pursuance the planned New World Order - One World totalitarian socialist government and economic system;

(c) Illegally and unconstitutionally write law in the Executive capacity, in the Form of Presidential Executive Orders, National Security Council Memos, National Security Decision Directives, and National Security Directives, pursuant to Article 25 of the United Nations Charter-Treaty, illegally approved under the United Nations Participation Act of 1945, and Senate Intelligence Authorization Act For Fiscal year 1991 (S.B.2834), Fraudu lently introduced as a reform to prevent incidents of abuses, but in reality the bill virtually authorizes essentially ever abuse and effectively prevents any oversight by anyone — and have for years allowed the Louisiana Executive (the present Governor, Attorney General District Attorney, local and State Police, and Department of Public Safety And Corrections) branches, to skirt the law and escape accountability or liability;

9

(D) Function under concealed and secret membership, in conspiracy with Bilderberg Group, Illuminati secret Organizations, Council of Foreign Relations, Trilateral Commission, (IMF) International Monitory Fund, Federal Reserve Banks, and persons or privately owned Businesses, who have special interests in the advancement of the New World Order - One World Totalitarian Government and economic system, in pursuance to using their official positions and actual investigative efforts to deceive and trick Louisiana Citizens into thinking that their spending hundreds of millions [of dollars] for the prison systems will make them safe, decrease crime, or provide rehabilitation, when in reality, the secret membership above indicated, in our present capitalist society, requires of the secret membership, "social control," "a politically obedient population that can be put to work making profits for the wealthy," "the packing of more and more (prisoners) bodies inside the Louisiana Prison Walls," "to detect and suppress dissent with imprisonment," "to control Louisiana Citizen (population) by demonizing criminals, and controlling prisoners by allowing prison officials

under the false pretense of the law, to employ terror in the extreme," and to allow and assist prison officials to determine and maintain specific class of prisoners who have revolutionary attitudes, for indefinite confinement to control units (Cell Blocks, Extended Lockdown, etc.)

It is no longer a secret to many prisoners, family members of prisoners, concerned Louisiana Citizens, and other United States Citizens, in spite of how much the defendants have tried to conceal, the defendants in moving in pursuance to the New World Order - One World Totalitarian Socialist Government and economic system seeks to advance the following:

(E) ████████ Creation of Louisiana Concentration Camp Programs - of the Department of Defense;
(F) A new proposed constitution entitled "New States of America" - by the Center for the Study for Democratic Institutions;
(H) The elimination of a Constitutional Bill of Rights (House Concurrent Resolution #28; and Executive Order #11490;

while he was handcuffed and shackled, at L.S.P. Camp J. Because the incident was being covered up by Security Employees and inmate leaders, I reported the incident to the New Orleans Division of the American Civil Liberties Union. Angain in 1993 or '94, I, and an L.S.P. Cullenary Employee, Mr. Rodney Davis, witnessed the murder and cover up of the murder of a black inmate at Camp J by L.S.P. Employees. The murder were made to appear the prisoner had harmed himself.

Prisoners are still required to work in the L.S.P. Farm lines where highly dangerous herbicide chemicals are recently sprayed in the air and on plants, without protective equipment and without being informed of any potential short or long-term health care conseq- uences. This complete disregard by L.S.P. Employees is applied with regards to food and drink products as well. In fact, I recall specifically in 1993 to '95 at L.S.P. Camp J, being forced to work among highly diseased Aids and Tuberculosis prisoners confined in Extended Lockdown, without sanitary or safety protective equipment, in retaliation because of my litigative efforts against Louisiana Executive and Judiciary officials, and L.S.P. Employees. I was later tested positive for tuberculosis. And later, when I refused to continue the "TB" treatment beyond the prescribed period, I was threatened by an L.S.P. Doctor with the possibility of being injected with Aids virus by vaccine.

The thefts are still being committed L.S.P. Prisoners' Funds and/or accounts, as well as against Louisiana Tax-paying citizens. For instance, L.S.P. Inmate Welfare Fund has been taken without due process of law, and used on everything but what is beneficial or in the best interest of prisoners as a whole, or allowed to be used as a form of inmate ██████ investment to desist total

the Federal Government at this time, is the Conservative Patriot, those who assert the Constitution and individual rights, and those who have been illegally, and unjustly imprisoned for profits or benefits of the International Elites. (See Report, dated 1945 of the O.S.S. — "Office of Strategic Service", the precursor of the C.I.A.; Anti-Drug Abuse Act of 1988, H.R. 5210, P.L. 100-690, Preparation for the Police States).

There is no serious change in the Louisiana State Penitentiary, other than surface or paper structure, since the filing of "Hayes Williams I" and Hayes Williams II". The Criminal Justice philosophy and logic is still the destruction of people, rather than building them up. Prisoners are still being conditioned to, survive in the unnaturalness of the prison environment, and trained to return to the L.S.P. (The recidivism rate is between 63 and 93 percent, depending on whose figures one reads). The Rapes and Murders by LSP employee. of Prisoners have never ceased. In fact, now more than ever before, the L.S.P. employees, if no the actual perpetrators, are the actual manipulator that is behind the prisoner on prisoner sexual or physical attacks. L.S.P. prison guards are still allowed to work, ▮ while insufficiently screened and untrained, with prisoners (people) who have committed abnormal offenses, confined in the present demanding setting under these conditions and circumstances. The murdered prisoners that are still secretly buried at the L.S.P. "Horse Lot" and "Blue Hole" on L.S.P. grounds, are still being covered up by every L.S.P. Warden since either Hayes Williams cases. In fact, I can recall specifically instances where I personally witnessed the beating — and later discovered, the murder, of a black L.S.P. prisoner in 1982 or '83,

love for the United States, or adherence to political or religious doctrine, and under which L.E.A.A. have approved the defendants usage of Anectine upon prisoners or Citizens as punishment — (by drugs and shock) — (Anectine = is a derivative of South American Curari), (see Civil Action #78-H-667, Fed. Dist. Court of Houston, People Ex Rel. Williams Pabst vs. Gerald Ford ex al.);

(p) A conspiracy by the classed Elite, and plans to set up Louisiana concentration camps and imprison the non-elite United States Citizens and prisoners. (See Article IV of the Geneva Convention; Article III of the Geneva Convention; Article LXVIII of the Convention; United States Government, Civil Affairs Operations Field Manual (FM) 41-10, Field Manual (FM) 41-10 - Page j-24 under Penal Institutions 1-B; page d-4 of the same manual; page 8-2 of the same manual "Tables of Organization and Equipment"; Tatum vs. Laird, U.S. Supreme Court (1974); Report #94-755 of the 94th Congress, 2nd Session Senate, April 26, 1976 (Intelligence Activities And the Rights of Americans Book II, on page 17-d (First Amendment Rights), page 54 and 55, and in the same Senate document on intelligence activities on Rights of Americans referred to on pages 166 and 167, shows that the Federal government has targeted its intelligence activities against specific group of Americans on page 166, the first classification listed is Rightists and anti-Communist groups. The first group on page 167 on Army surveillance lists, the John Birch Society as a number 1, and the young Americans For Freedom as Number 2 target. The groups of United States citizens considered the biggest enemy of the United States by

(K) The new system where Louisiana prisoners will be called "inventory" and "internees". (See Ozark Sunbeam list of detention Facilities to be utilized, and the old Detention Act of 1950

(L) The new World Order - One World Totalitarian socialist regional-governmental plan, under which each Federal region is divided into State Clearinghouse, and each State Clearinghouse is divided into area Clearinghouse — and in each area there are Area Council, that serves as a conduit for Federal Funds into Law Enforcement Assistance Administration and the Health, Education and Welfare, under False misrepresentation to the Louisiana Citizentry that the organization of (the Area Council) is for the development of the Area — (the geographical area in Baton Rouge, Houston, etc.), when in reality it is for the development of L.E.A.A. and H.E.W. projects;

(M) Mental cooperation in the takeover plans relative to prisoners and Louisiana Citizens, by the usage of "B-Z" (a nerve gas which creates sleepiness, dizziness, stupor, and incapacity to move about — the agent can be sprayed by aerosol, injection or sprayed over large areas by bomb);

(N) Psycho-politics as the art and science of asserting and maintaining a dominion over the thoughts and loyalities of Louisiana's Citizens and individual prisoners;

(O) The mental health business under the Public Health Services Draft Act - Interstate Compact on Mental Health - now called the Uniform Mental Health Act, under which the Governor could have anyone picked up and sent to the Mental Health Institutions; the determination of whether a person were mentally disturbed would be made by the H.E.W., based on nationalistic tendencies;

15

(H) The concurrent responsibility with the Justice Department and the Department of State, such plans as "the prevention of escapes from the Louisiana concentration camps; replenishment of the stockpile of narcotics; the national police force; private correctional and penal institutions; mass feeding and housing of prisoners; use of prisoners to argument manpower — which would be slave labor (see San Gabriel Valley Tribune — dated 2-16-75, reported that L.E.A.A, Law Enforcement Assistance Administration, funded by the Department of Justice, and the Police Foundation, funded by the Ford Foundation, are prime movers towards implementing a National Police Force and the Louisiana Concentration Camp Program);

(I) L.E.A.A. programs on its fight against crime with psycho-surgery. The L.E.A.A. control exists from the office of Criminal Justice Planning of the Louisiana Governor's Office, at the State level;

(J) The National Institute of Law Enforcement and Criminal Justice, which funds the "United Nations Clearinghouse" in Rome, Italy. The function of this United Nations Organization is, among other things, "the exchange of criminal justice system information with the Soviet Union" The code name for these projects are: "Garden Plot" and "Cable Splicer". Garden Plot is the program to control the Louisiana population. Cable Splicer is the program for an orderly takeover of the state and local governments by the Federal government. (See Cable Splicer handbook page 4, paragraph 10 — page 6. This manual includes instructions on operation of confinement facilities, handling and processing prisoners — including the handling of the special class of citizens and prisoners called "detainees")

16

taxpayers dependency of support. In an effort to conceal from the general Louisiana citizenry such thefts and mishandling of taxpayers dollars, Louisiana's Secretary of Corrections, L.S.P. Warden Burl Cain, his brother Senator David Cain, and other special interest senators, law-makers, and businesses, came up with the "Prison Reform Act of 1995, Added by Acts 1995, No. 810, § 1," to justify money thefts of prisoners funds and to suppress the reality from the general public, that Louisiana Taxpayers Dollars are being mishandled. However, the "Prison Reform Act of 1995," is now clearly shown to be, to prisoners, their family members and concerned citizens, a completely deceitful legislative product, that the legislation was intended to prevent prisoners' standard of living from rising above the state poverty level at taxpayers expense. The Louisiana taxpaying citizens are still being taxed and money appropriated for the exact same thing that LSP prisoners are required to pay for and Acts No. 810, §1 of 1995, was to prevent. Inmates are still being retaliated against by L.S.P. employees whenever they compain of inhumaine and cruel conditions and treatment, and the unprofessional, unreasonable, and discrimitory medical treatment and care. L.S.P. prisoners are still subjected to Religious discrimination — denial of the right to practice Religion. Prisoners at L.S.P. are still being forced to serve other prisoners contaminated foods and drink, by L.S.P. employees, and other inhumane and cruel conditions and treatment.
Homosexuality is still being promoted and encouraged by L.S.P. Security employees and utilized as a mean of population control, and to infect specific portions classes, and races of L.S.P. prison population. Every aspect of L.S.P. prisoners', family members Friends etc, life are censored unreasonably

L.S.P. so-called inmate leaders or spokesman are still being arbitrarily selected or appointed by the Secretary of Public Safety and Corrections or L.S.P. Wardens, contrary to a majority of the population choice or opportunity for input. They are chosen for the specific purposes of providing false and inaccurate factual representations to the Louisiana general public, and for L.S.P. employees and other criminal justice officials. Prisoners are still being exploited and experimented with mentally, physically and medically through treatment and care, by L.S.P. employees.

The parties to "Hayes Williams 1," and "Hayes Williams II," in essence are suggesting for their proposed action to dismiss and terminate consent decree and supervision over L.S.P., that the Court take part in the cover up to present as acceptible, "everything appearing appropriate on the surface and on paper, and when visitors or investigators are present," and to disregard the constitutional requirement that prisoners be given due process and Eighth Amendment protection, or Louisiana's citizens moral obligation, exercisable through the Court, the defendants, and independently, to see to it that reasonable steps are taken to try to work with its prisoners and render him or her better equipped to return to a useful life as a member of society, — to try to make its prisoners good citizens for their own proper self-interest.

For the Court to enter an order that will terminate Hayes Williams 1 or Hayes Williams II, for the purpose of dismissing and terminating all claims and orders as related to L.S.P., for whatever materialist price, compared to the prisoners lost of life and prisoners abuses, will be to encourage, condone and add truth to L.S.P. Warden Burl Cain's quoted statement that L "of the present (1997-1998) total L.S.P. prison population will die in L.S.P." — This is not a baseless prediction considering the total facts related herein, as well as tha

Warden Cain has been given complete unofficial and official unaccountable authority to prepare L.S.P. prison population to meet his 85% (percent) stated prisoners' death prediction.

This plaintiff, and concerned L.S.P. prisoner, should be allowed access to discovery procedures pursuant to Federal Rules of Civil Procedure, to provide the timely request for issuing of subpoenas and/or to take necessary prisoners and non-prisoners oral or written depositions, motions, and production of documents etc., and the reasonable access to his own personal typewriter or one available at L.S.P. – R.C. Law Library, to effectively substantiate facts as they relate herein.

This plaintiff request that copies of this motion/Affidavit of Objection to Proposed Settlement be served on all Attorneys of Record.

Wherefore, plaintiff Robert Isadore, prays the Class Settlement in Hayes Williams 1, and Hayes Williams II, be rejected, or alternatively any and all final orders or decisions be stayed until opportunity is had wherein plaintiff has presented testimonies and relevant evidence at scheduled hearings.

Under penalty of perjury this 25 day of November 1998, at Louisiana State Penitentiary, Angola, Louisiana.

cc:
The Final Call
Chicago, Il
Harper's Magazine
Redoak, IA
N'Corba National Office
Washington, D.C.
Fred Hampton, Jr.
Chicago, Il
USA Today
Arlington, Va.
Lawrence Isadore
Lafayette, LA
File

*Robert Isadore*
Plaintiff
Robert Isadore #99808
R.C. – Upper – A – 12
Louisiana State Prison
Angola, LA 70712

19