# McGLINCHEY STAFFORD
### A PROFESSIONAL LIMITED LIABILITY COMPANY

NEW ORLEANS
DALLAS
HOUSTON
JACKSON
LAKE PROVIDENCE
MONROE

NINTH FLOOR, ONE AMERICAN PLACE
BATON ROUGE, LA 70825
http://www.mcglinchey.com

TELEPHONE (225) 383-9000
FAX (225) 343-3076
DIRECT DIAL

FILED
U.S. DIST. COURT
_____ L.A.
99 MAR 16 PM 2:34
SIGN_____
RICHARD T. MARTIN
CLERK

March 4, 1999

William Maddox
United States Department of Justice
Civil Rights Division, Special Litigation Section
Post Office Box 66400
Washington, D.C. 20035-6400

**TRANSMITTED VIA FACSIMILE**

Re: LSU-LSP Medical Contract

Dear Bill:

I am enclosing a copy of the executed contract between the Louisiana Department of Public Safety & Corrections and the Louisiana State University Medical School. The contract has been fully approved by all requisite authorities. Please let me know if you have any questions.

Very truly yours,
McGLINCHEY STAFFORD
A Professional Limited Liability Company

By: _____
Richard A. Curry

RAC/prb
cc: Keith Nordyke
    Judge Polozola
    Richard Stalder
    Cheney Joseph
    George Karam

F:\FAMA\Corel8\DPSC.4129\0002\letters\doj\Maddox.005.wpd

DATE: 03/17/99       3:71-cv-00098 10723 - 1       DEPUTY CLERK: hj

CFMS 542332

**Department of Public Safety & Corrections**
**Contract # 402-542332**

APPENDIX 4A

AGREEMENT BETWEEN
LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,
CORRECTIONS SERVICES (DEPARTMENT)
AND

**LSUMC-OFFICE OF SPONSORED PROJECTS**

| 1) MAILING ADDRESS: | 2) CITY, STATE, ZIP CODE: |
|---|---|
| 433 Bolivar Street | New Orleans, LA 70112 |
| 3) FEDERAL TAX I.D. NUMBER OR SOCIAL SECURITY NUMBER: 72-608777038 | 4) LICENSE OR CERTIFICATE NUMBER: |

**5) DESCRIPTION OF SERVICES TO BE PROVIDED:** Include description of work to be performed, objectives and measures of performance which should be time bound, description of reports or other deliverables with dates for submission(if applicable). For consulting services, a resume' of key contract personnel and amount of effort each will provide under the terms of the contract should be attached.

**Purpose of Contract:** To provide for clinical care of inmates at Louisiana State Penitentiary (LSP); to provide training and clinical care evaluations to staff at LSP; and to provide for the development of a program for preventative medicine for the inmates at LSP. In addition, Contractor will provide the services of other professionals such as, physicians, dieticians, and therapists as deemed appropriate by the Department and LSU to ensure compliance with the terms of the settlement agreement in Hayes Williams II Case No. 92-001.

**Contract Objectives:** Contractor will provide the community standard of care via on-site or telemedicine to serve the clinical needs of inmates at Louisiana State Penitentiary. The services of physicians and other support staff required for the provision of appropriate medical care will be provided to evaluate and/or provide for inmates need for access to the Louisiana State Penitentiary health care system. Contractor will develop the programs necessary to allow for the delivery of optimal medical care to inmates at Louisiana State Penitentiary.

**Measures of Performance:** Number of inmates treated annually by physicians either on-site or via telemedicine. Annual reports on the results of access to health care by inmates. Annual reports on types of training and number of employees trained. Annual reports on improvements to the clinical service delivery at LSP.

**Monitoring Plan:** Workload Indicator Reports, Contract Balance Reports, Telemedicine Flow Sheets, Monthly C-05-001 Reports.

Monitoring of contract objectives will be performed by <u>Cynthia Philips, Assistant Warden/Medical Services,</u> Contract Performance Coordinator   (Name & Title)

| 6) BEGINNING DATE: July 1, 1999 | 7) ENDING DATE: June 30, 2002 |
|---|---|

This contract is not effective until approved by the Director of the Office of Contractual Review in accordance with La. R.S.39:1502. It is the responsibility of the Contractor to advise the Department in advance if contract funds or contract terms may be insufficient to complete contract objectives.

Department of Public Safety & Corrections
Contract # 402-542332

| 8) MAXIMUM CONTRACT AMOUNT: $1,555,200.00 | 9) PAYMENT MADE ONLY UPON APPROVAL OF: Cynthia Philips, Assistant Warden/Medical Services |
|---|---|

Travel and other reimbursable expenses shall constitute part of the total maximum payable under the contract.

**10) TERMS OF PAYMENT:** Stipulate rate or standard of payment, billing intervals, invoicing provisions; including travel reimbursement when applicable. TRAVEL EXPENSES SHALL BE REIMBURSED IN ACCORDANCE WITH DIVISION OF ADMINISTRATION PROCEDURE MEMORANDUM 49 (STATE TRAVEL REGULATIONS).

Contractor will be paid a fixed rate of $43,200.00 per month, not to exceed Five Hundred Eighteen Thousand Four Hundred Dollars ($518,400.00) annually, payable from the appropriate funds of the Department of Public Safety, Correction Services. Telephone consultation and travel time shall be included in the maximum compensation payable under the terms of this contract.

Contractor shall bill the Department within fifteen (15) days of the end of the month on the "Contract Provider's Invoice" supplied by the institution. The invoice must be submitted to the Contract Performance Coordinator and upon receipt of the invoice, the Department will issue one monthly payment to the Contractor.

**11) SPECIAL PROVISIONS:**

The parties recognize that this contract will often require LSU Medical School personnel, and particularly Dr. George Karam, to perform services at locations other than the Earl K. Long Hospital, the LSU Medical School or the Louisiana State Penitentiary, and will often require Dr. Karam to perform services outside of normal business hours. To that end, the parties acknowledge that Dr. George Karam shall have discretion and flexibility to perform services for Earl K. Long Hospital, the LSU Medical School or the Department of Public Safety and Corrections at times and locations that Dr. Karam determines will be most efficient and appropriate for two days, or 16 working hours, during each work week, averaged over every month during the life of the contract.

The parties agree that the services to be performed under this contract shall be coordinated and supervised by Dr. George Karam. The parties understand that Dr. Karam may take a six month sabbatical during the term of this contract, and the parties hope that the execution of this agreement will not limit Dr. Karam's ability to take the planned sabbatical during this period. To the extent he is available during any sabbatical, however, the parties expect that Dr. Karam will continue to supervise and coordinate services provided under this contract during the term of any sabbatical.

The Department understands and agrees that in performing their duties pursuant to the terms of this agreement, any employees or agents of the Contractor shall serve as officials of the Department of Public Safety and Corrections.

The Contractor understands and agrees that the following special conditions of the contract exist for the benefit of the institution, the employees and the inmates and agrees to abide by said special conditions contained herein and in Section 2 "Employee Rules" of the *Corrections Services Employee Manual* which is attached. "Contractor" shall be substituted for "Employee" throughout. Should the manual be modified or amended, Contractor will be notified and shall comply with the rules as modified or amended.

2

Department of Public Safety & Corrections
Contract # <u>402-542332</u>

Contractor understands and agrees that violation of any of the following special conditions shall be cause for immediate cancellation of this contract without prior notice:

Warden's Policy

1. While on the institutional grounds, the Contractor will strictly adhere to all federal, state and local laws and institutional directives.

2. Any person may be barred from the institution or removed from the institution if it is in the best interest of the Department.

3. If requested to do so by the Warden, the Contractor must leave the institution grounds immediately.

### 12) STANDARD PROVISIONS:

Any alterations, variations, modifications, waivers of provisions or amendments to this contract shall be valid only when they have been reduced to writing, duly signed by both parties and when required, approved by the Division of Administration and attached to the original of this contract. Reimbursement for services not provided for in this contract shall be disallowed.

Contractor shall not assign any interest in the contract, and shall not transfer any interest in the same (whether by assignment or novation), without the prior written consent of the Department except that claims for money due or to become due to the Contractor from the Department under this contract may be assigned to a bank, trust company, or other financial institution without such approval. Notice of any such assignment or transfer shall be furnished promptly to the Department's Procurement and Contractual Review Division.

The Contractor agrees to abide by the requirements of the following as applicable: Americans with Disabilities Act of 1990, Title VI and VII of the Civil Rights Act of 1964 as amended by Equal Opportunity Act of 1972, Vietnam Era Veteran's Readjustment Assistance Act of 1974, Title IX of the Education Amendments of 1972, the Age Act of 1972, Federal Executive Order 11246 and the Federal Rehabilitation Act of 1973, as amended. Contractor agrees not to discriminate in its employment practices, and will render services under this contract without regard to race, color, religion, sex, national origin, veteran status, political affiliation, or disabilities. Any act of discrimination committed by Contractor, or failure to comply with these statutory obligations when applicable shall be grounds for termination of this contract.

It is hereby agreed that the Legislative Auditor of the State of Louisiana and/or the Office of the Governor, Division of Administration auditors shall have the option of auditing all accounts of the Contractor which relate to this contract.

Contractor agrees and realizes that this agreement is subject to and conditioned upon the availability and appropriation of Federal and/or State funds and that no liability or obligation for payment will develop between the parties until this agreement has been approved by the Director of the Office of Contractual Review, Division of Administration in accordance with La. R.S. 39:1502.

The continuation of this contract is contingent upon the appropriation of funds to fulfill the requirements of the contract by the legislature. If the legislature fails to appropriate sufficient monies to provide for the continuation of the contract, or if such appropriation is reduced by the veto of the Governor or by any means provided in the appropriations act to prevent the total appropriation for the year from exceeding revenues for that year, or for any other lawful purpose, and the effect of such reduction is to provide insufficient monies

3

Department of Public Safety & Corrections
Contract # 402-542332

for the continuation of the contract, the contract shall terminate on the date of the beginning of the first fiscal year for which funds are not appropriated.

Should Contractor or any of its employees become an employee of the classified or unclassified service of the State of Louisiana during the effective period of the contract, Contractor or its employees must notify the appointing authority of the State agency for which he has become employed of any existing contract with the State of Louisiana. The Department reserves the right to cancel the contract should a conflict of interest or a violation of state law occur as a result of employment with the State.

No funds provided herein shall be used to urge any elector to vote for or against any candidate or proposition on an election ballot nor shall such funds be used to lobby for or against any proposition or matter having the effect of law being considered by the Legislature or any local governing authority or of any political subdivision. This provision shall not prevent the normal dissemination of factual information relative to a proposition on any election ballot or a proposition or matter having the effect of law under consideration by the Legislature or governing authority or of any political subdivision. Contracts with individuals, such as physicians, shall be exempt from this clause.

Contractor agrees to retain all books, records, and other document relevant to this contract and the funds expended hereunder for at least three (3) years after final payment.

Contractor agrees that the responsibility for payment of taxes from the funds thus received under this agreement and/or legislative appropriation shall be Contractor's obligation.

Contractor shall not enter into any subcontract for work or services contemplated under this agreement without obtaining prior written approval of the Department. Any subcontracts approved by the Department shall be subject to the conditions and provisions that the Department may deem necessary. Such prior written approval, unless otherwise provided in this agreement, shall not be required for the purchase by Contractor of supplies and services which are incidental but necessary for the performance of the work required under this agreement. No provisions of this clause and no such approval by the Department of any subcontract shall be deemed in any event or manner to provide for the incidence of any obligation of the Department beyond those specifically set forth herein. No subcontract shall relieve the Contractor of responsibility for the performance under this contract.

Except as otherwise provided in this contract, any dispute concerning question(s) of act arising under this contract which is not disposed of by agreement between the parties shall be decided under the provisions of La. R.S. 39:1522-1526. Pending final decision of a dispute hereunder, the Contractor shall proceed diligently with the performance of the contract in accordance with instruction from the Secretary or his designee.

The Contractor or Department shall be excused from performance under the contract for any period that the Contractor or Department is prevented from performing any services in whole or in part as a result of an act of God, strike, war, civil disturbance, epidemic or court order provided the Contractor or Department had prudently and promptly acted to take any and all corrective steps that are within the Contractor's or Department's control to ensure that the Contractor or Department can promptly perform.

The Department may terminate this Contract for cause based upon the failure of the contractor to comply with the terms and/or conditions of the contract; provided that the Department shall give the Contractor written notice specifying the Contractor's failure. If within thirty (30) days after receipt of such notice the Contractor shall not have corrected such failure then the Department may place the Contractor in default and the contract shall terminate on the date specified in such notice. The Contractor may exercise any rights available to it under Louisiana Law to terminate for cause upon the failure of the

4

**Department of Public Safety & Corrections**
**Contract # 402-542332**

Department to comply with the terms and conditions of this contract; provided the Contractor shall give the Department thirty (30) day written notice specifying the Department's failure.

The Department or Contractor may terminate this contract at any time by giving thirty (30) days written notice to the Contractor. The Contractor shall be entitled to payment for deliverables in progress, to the extent work has been performed satisfactorily. The Department has the right to cancel this contract upon less than thirty (30) days due to budgetary reductions or changes in fund priorities of the State as stated hereinabove.

The contract is also subject to termination upon the filing of a petition under Federal Bankruptcy Law or thirty (30) days after the filing of such petitions by the Contractor, unless such petitions shall have been dismissed during such thirty (30) day period.

Upon completion or termination of this contract all records, reports, worksheets or any other materials related to this contract shall become the property of the Department and shall, upon request, be returned at Contractor's expense to the Department. The Department shall retain ownership of all work product and documentation in whatever form.

Department of Public Safety & Corrections
Contract # 402-542332

This agreement contains or has attached hereto all the terms and conditions agreed upon by the contracting parties. In witness whereof, this agreement is signed and entered into on the date indicated below.

_[signature]_ 2/24/99
Richard L. Stalder, Secretary   Date
La. Department of Public Safety
and Corrections, Corrections Services

_[Witness signature]_

_____  _____
Burl Cain, Warden            Date
Louisiana State Penitentiary

Witness

**UNIVERSITY:**

**BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY
MEDICAL CENTER**

_[signature]_ 2/24/99
Mervin L. Trail, M.D.        Date
Chancellor
Louisiana State University Medical Center

_[Witness signature]_ Alayna Campiere

_[signature]_ 2/24/99
Robert L. Marier, M.D.       Date
Dean
Louisiana State University School of Medicine

_[Witness signature]_ Alayna Campiere

_[signature]_ 2/24/99
Frederick-Cerise, M.D.       Date
Medical Director
LSUMC/Earl K. Long Medical Center

_[Witness signature]_ Alayna Campiere

_[signature]_ 2/24/99
George Karam, M.D.           Date
Chief of Medicine
LSUMC/Earl K. Long Medical Center

_[Witness signature]_ Alayna Campiere

APPROVED
Office of the Governor
Office of Contractual Review

MAR 0 2 1999
_[signature]_
DIRECTOR

6

Department of Public Safety & Corrections
Contract # <u>402-542332</u>

CERTIFICATION

TO: Office of Contractual Review
Department of Civil Service

I, RICHARD L. STALDER, SECRETARY, do hereby certify that the contract between the Department of Public Safety and Corrections and <u>Louisiana State University Medical Center-Office of Sponsored Projects</u> is being entered into because:

1. Either no employee of our agency is both competent and available to perform the services called for by the proposed contract or the services called for are not the type readily susceptible of being performed by persons who are employed by the state on a continuing basis;

2. The services are not available as a product of a prior or existing professional, personal, consulting or social services contract;

3. When applicable, the requirements for consulting or social services contracts, as provided for under La. Revised Statutes 39:1503, have been complied with;

4. The Department has developed and fully intends to implement a written plan providing for:

    - The assignment of _Cynthia Phillips_ to a monitoring and liaison function; and
    - The periodic review of interim reports or other indicia of performance to date; and
    - The ultimate use of the final product of the services.

5. A cost-benefit analysis has been conducted which indicates that obtaining such services from the private sector is more cost-effective than providing such services by the agency itself or by an agreement with another state agency and includes both a short-term and long-term analysis and is available for review.

6. The cost basis for the proposed contract is justified and reasonable.

1. A description of the specific goals and objectives, deliverables, performance measures and a plan for monitoring the services to be provided are contained in the proposed contract.

Richard L. Stalder, Secretary

Date 2/24/99

7

**Department of Public Safety & Corrections**
**Contract # 402-542332**

New Contract  _X_   Renewal ___   Amendment ___

1. Contractor: __LSUMC-Ofc. Of Sponsored Projects__   Contact Person: __Dr. George Karam__
   Address: __433 Bolivar Street, New Orleans, LA 70112__   Phone #: __(225) 358-1065__

   Tax ID or Social Security #: __72-6087770-35__

2. Type of Contract:
   - Professional ___
   - Personal ___
   - Consulting ___
   - Social Service ___
   - Interagency Agreement _X_
   - Cooperative Endeavor ___

3. Contract Term: __07/01/99 - 06/30/02__   Renewal Option: __None__

4. Contract Amount:  Annual $ __518,400__
   Total Contract Amount $ __1,555,200__
   Current F/Y Encumbered $ _____

5. Funding Source:
   Grant #: _____
   Cost Center #: _____
   Object #: _____

6. Cost Basis:
   - Per Diem: ___
   - Fee Schedule: _X_
   - Hourly Rate: ___
   - Other _____ (Explain)

7. Method Used to Determine Cost:
   - Negotiated: _X_
   - RFP: _____
   - Sole Source: ___ (Attach Explanation)

8. Can this service be provided by an employee of the Department or another state agency? If yes, explain why contract is required.   **NO**

9. Are these services available as a product of a prior or existing professional, personal, consulting or social services contract?  **NO**

10. Who will be responsible for the monitoring and liaison function, perform reviews of the reports or other indicia of performance and use the final product of the services?
    __Cynthia Phillips, Assistant Warden/Medical Services__
    (Employee's Name and Title)

11. Cost/Benefit Analysis:

| | State Worker Providing Service | Contractor Cost |
|---|---|---|
| Salaries | | |
| Related Benefits | | |
| Supplies | | |
| Insurance | | |
| Training | | |
| Monitoring | | |
| Holidays | | |
| Sick Leave | | |
| Annual Leave | | |
| Other Expenses | | |
| TOTAL | | $1,555,200 |

12. Statement as to whether contract is justified and reasonable, mandated by law, regulation, court order or executive order.

    *R.S. 15:831 - The Secretary of DOC shall establish and prescribe standards for health, medical and dental services for each institution, include preventative, diagnostic and therapeutic measures for both outpatient and hospital for all type of patients.*

Submitted by: _____  Date __2/04/99__
              Budget Unit Head

Approved by: _____  Date _____
             Assistant Secretary

Reviewed by: _____  Date _____
             Procurement & Contractual Review

Notes by PROCRD _____

```
Form No. BA-22PS
(Revised 3/98)
```
**STATE OF LOUISIANA**
**DIVISION OF ADMINISTRATION**
**REQUEST FOR PROFESSIONAL SERVICES**

Name of Agency: DPS&C - Corrections Services - Louisiana State Penitentiary

Address: General Delivery    Date: 24-Feb-99
Angola, Louisiana 70712

BUDGET UNIT #: 402

CONTRACTOR: LSUMC

CONTRACT #:

Professional Services for Fiscal Year 1999/2000

Attached hereto is our contract dated 07/01/99 in the amount of $518,400 for this Fiscal Year Clinical care for inmates

|  | Amount |
|---|---|
| Budgeted for Professional Services (Expenditure Code 3440) | $733,639 |
| Amount Previously Obligated |  |
| Available Balance | $0 |
| Current contract (# 0 ): |  |
| Funding Source: (State Gen. Fund, Self-Gen., Federal, IAT) |  |
| State General Fund | $518,400 |
| Balance | $215,239 |

Comments:

The approval of the aforementioned Professional Services will not cause this agency to be placed in a programmatic deficit.

Pat Truitt
Administrative Director

2/24/99
Date

Reviewed by Budget Services _____

TOTAL P.03

TOTAL P.11

MCGLINCHEY STAFFORD
A Professional Limited Liability Company
Ninth Floor, One American Place
Baton Rouge, Louisiana 70825
Telephone (225) 383-9000
Facsimile  (225) 382-3725

# FACSIMILE COVER SHEET
March 4, 1999
3:29 PM

NUMBER OF PAGES ____
*Including Cover Sheet*

TO:

| | |
|---|---|
| Keith Nordyke | 383-2725 |
| Judge Frank Polozola | 389-3577 |
| Cheney Joseph | 342-5598 |
| Richard Stalder | 342-2486 |
| Dr. George Karam | 358-1076 |

RE:      DPSC
         Our File Number 04129.0002

FROM:    Richard A. Curry
         MCGLINCHEY STAFFORD
         A Professional Limited Liability Company
         Ninth Floor, One American Place
         Baton Rouge, Louisiana 70825

TELEPHONE: 225-383-9000
FACSIMILE: 225-382-3725

MESSAGE:

YOU ARE NOTIFIED that the information contained in this facsimile transmission is attorney-privileged and confidential communication intended for the use of the individual who is named above. If you are not the intended recipient, or an employee or agent responsible for delivery to the intended recipient, you are prohibited from disseminating, distributing, or copying this information. If you have received this communication in error or are not sure whether it is privileged, please notify us immediately by telephone and return the original message to us at the address shown above via United States Mail at our expense. Thank you.