

**DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS**

M. J. "MIKE" FOSTER, JR., GOVERNOR

RICHARD L. STALDER, SECRETARY

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED SEP 22 1999

RICHARD T. MARTIN
CLERK

RECEIVED
SEP 21 1999
CHIEF JUDGE
FRANK J. POLOZOLA
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

September 17, 1999

The Honorable Frank J. Polozola
Judge, United States District Court
Middle District of Louisiana
777 Florida Street, Suite 313
Baton Rouge, Louisiana 70801

RE:   Monthly Consent Decree Reports

71-98-B

Dear Judge Polozola:

Pursuant to Paragraph 3.4 of the Petition for Order Approving the Settlement for Purpose of Terminating Consent Decree (the "Petition"), please find enclosed monthly reports for the Department of Public Safety and Corrections' juvenile facilities.

If you have questions or need additional information, please advise.

Sincerely,

*William L. Kline*
William L. Kline
General Counsel

/WLK

enclosures

cc:   Mr. Stalder
      Mr. Curry
      Mr. Whitley
      Mr. Nordyke

c:\wp51\wlk\monthly.cd

P.O. Box 94304 • Capitol Station • I
(504) 34:
AN EQUAL OPPORT

3:71-cv-00098 10874 - 1
DATE: 09/22/99    DEPUTY CLERK: hj