

# McGLINCHEY STAFFORD
### LAW OFFICES
A PROFESSIONAL LIMITED LIABILITY COMPANY

NEW ORLEANS
HOUSTON
JACKSON
LAKE PROVIDENCE
MONROE

NINTH FLOOR, ONE AMERICAN PLACE
BATON ROUGE, LA 70825
http://www.mcglinchey.com

TELEPHONE (225) 383-9000
FAX (225) 343-3076
DIRECT DIAL:

FILED
U.S. DISTRICT COURT
MIDDLE DIST. OF LA.

SEP 25 AM 10: 21

September 22, 2000

RECEIVED
SEP 2 2 2000
CHIEF JUDGE
FRANK J. POLOZOLA
U S DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

The Honorable Frank Polozola
Chief Judge
Middle District of Louisiana
707 Florida Street
Baton Rouge, Louisiana 70801

      Re:    Hayes Williams, et al. v. John McKeithen, et al.
             Civil Action No. 71-98-B

Dear Judge Polozola:

     I am enclosing a motion and order to release the $50,000.00 deposit that has been held by the Court in connection with payments to the court expert since July, 1989. I provided a copy of this motion and order to counsel for plaintiffs earlier this week and no one has indicated any objection. Please let me know if you would prefer for me to present this matter to Court in a different fashion.

                        Very truly yours,
                        McGLINCHEY STAFFORD
                        A Professional Limited Liability Company

                        By: _____
                            Richard A. Curry

RAC/cjf
Enclosures
cc:   John Whitley
      Judith Preston
      Keith Nordyke
      David Utter

| INITIALS | DOCKET# |
|---|---|
| JT | 10915 |