UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 FEB 10 PM 4: 06

SIGN_____
by DEPUTY CLERK

| | |
|---|---|
| SHANNON ROBSHAW, ET AL. | CIVIL ACTION |
| VERSUS | |
| RICHARD STALDER, ET AL. | NO. 98-886-D |
| | |
| HAYES WILLIAMS, ET AL. | CIVIL ACTION |
| VERSUS | |
| JOHN McKEITHEN, ET AL. | NO. 71-98-D |
| | |
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | |
| THE STATE OF LOUISIANA | NO. 98-947-D |

### NOTICE TO COUNSEL

IT IS HEREBY ORDERED that a status conference be held on **Thursday, February 12, 2004 at 10:30 a.m.** in Chambers relative to the 2004 Settlement Agreement. Counsel electing to participate by telephone should make prior arrangements with Chambers (225) 389-4030.

The clerk's office is instructed to fax a copy of this order to all counsel of record.

Baton Rouge, Louisiana, February 10th 2004.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

Date Docketed
FEB 10 2004
Notices Mailed To:

Counsel 22
KF, SE

1

INITIALS | DOCKET#
HB | 10939